# United States Bankruptcy Court
## District of Arizona

In re **Sheri Riley**  
Debtor(s)

Case No. **2:20-bk-00637**  
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-5757**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Sheri Riley**

Street: **286 W. Palomino Dr. #55**

City, State and Zip: **Chandler, AZ 85225**

Telephone #:

**Please be advised that effective March 1, 2020,**
**my (our) new mailing address and telephone number is:**

Name: **Sheri Riley**

Street: P.O. Box 3214

City, State and Zip: Chandler AZ 85244-3214.

Telephone #: **(480)232-6443**

/s/ Sheri Riley  
**Sheri Riley**  
Debtor